No. 664. AMERICAN MANUFACTURING Co. v. NATIONAL LABOR RELATIONS BOARD.

March 11, 1940. *Per Curiam:* The petition for writ of certiorari is granted. Section 2 (g) (3) of the order of the Circuit Court of Appeals is modified so as to read as follows:

"(3) that the individual contracts of employment entered into between the respondent and some of its employees were made by the respondent in violation of the National Labor Relations Act; and that the respondent will no longer offer, solicit, enter into, continue, enforce, or attempt to enforce such contracts with its employees; but this is without prejudice to the assertion by the employees of any legal rights they may have acquired under such contracts."

As so modified the order is affirmed. *National Licorice Co.* v. *National Labor Relations Board, ante,* p. 350. MR.

JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that the order should be affirmed without modification. *Mr. Thomas F. Magner* for petitioner. *Solicitor General Biddle* and *Mr. Charles Fahy* for respondent.